UNSEALED PER ORDER OF COURT
11/8/19

~~SEALED~~

FILED
2019 NOV -6 P 3: 18
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL JAMES PRATT (1),<br>    aka "Mark,"<br>MATTHEW ISAAC WOLFE (2),<br>    aka "Ben,"<br>RUBEN ANDRE GARCIA (3),<br>    aka "Jonathan,"<br>THEODORE WILFRED GYI (4),<br>    aka "Teddy,"<br>VALORIE MOSER (5),<br>AMBERLYN DEE NORED (6),<br>    aka "Amberlyn Clark,"<br><br>    Defendants. | Case No. **19 CR 4488 JLS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 1594(c) and 1591(a)(1) and (2) – Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 2251(a) and (e) – Production of Child Pornography; Title 18, U.S.C., Sec. 1591(a)(1), (a)(2) and (c) – Sex Trafficking of a Minor and by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 1591(a)(1) and (2) – Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 1594(d) and (e), and Title 18, U.S.C., Sec. 2253(a)(2), (a)(3) and (b), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

### Count 1
Conspiracy to Commit
Sex Trafficking by Force, Fraud and Coercion

Beginning on an unknown date, but no later than approximately 2012, and continuing through October 9, 2019, within the Southern District of California and elsewhere, defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," THEODORE WILFRED GYI, aka "Teddy," VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn Clark," conspired and agreed with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice,

harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person — to wit, Victim 1, Victim 2, Victim 3, Victim 4, Victim 5 and others — knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause these persons to engage in a commercial sex act, and to benefit financially and receive anything of value from participation in a venture engaged in such acts, in violation of Title 18, United States Code, Section 1591(a). All in violation of Title 18, United States Code, Section 1594(c).

### Count 2
### Production of Child Pornography

On or about September 1, 2012, within the Southern District of California and elsewhere, defendant MICHAEL JAMES PRATT, aka "Mark," did attempt to employ, use, persuade, induce, entice, and coerce a 16-year-old minor ("Minor Victim 1") to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 3
### Sex Trafficking of a Minor and by Force, Fraud and Coercion

On or about September 1, 2012, within the Southern District of California and elsewhere, defendant MICHAEL JAMES PRATT, aka "Mark," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained Minor Victim 1, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Minor Victim 1, knowing

and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Minor Victim 1 to engage in a commercial sex act, and having had a reasonable opportunity to observe Minor Victim 1 and knowing and in reckless disregard that Minor Victim 1 was under the age of 18 years old; in violation of Title 18, United States Code, Section 1591(a)(1), (a)(2) and (c).

## Count 4
### Sex Trafficking by Force, Fraud and Coercion

On or about May 2015, within the Southern District of California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," and RUBEN ANDRE GARCIA, aka "Jonathan," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 1, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a)(1) and (2).

## Count 5
### Sex Trafficking by Force, Fraud and Coercion

On or about October 2013, within the Southern District of California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," and RUBEN ANDRE GARCIA, aka "Jonathan," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 2, and benefitted financially and by receiving anything of value from participation in a

3

venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a)(1) and (2).

### Count 6
### Sex Trafficking by Force, Fraud and Coercion

On or about January 2015, within the Southern District of California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," and RUBEN ANDRE GARCIA, aka "Jonathan," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 3, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 3 to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a)(1) and (2).

### Count 7
### Sex Trafficking by Force, Fraud and Coercion

On or about February 2016, within the Southern District of California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," RUBEN ANDRE GARCIA, aka "Jonathan," and THEODORE WILFRED GYI, aka "Teddy," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 4, and benefitted financially and by receiving anything of value from participation in a venture, which

recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a)(1) and (2).

### Count 8
### Sex Trafficking by Force, Fraud and Coercion

On or about January 2016, within the Southern District of California and elsewhere, MICHAEL JAMES PRATT, aka "Mark," RUBEN ANDRE GARCIA, aka "Jonathan," and THEODORE WILFRED GYI, aka "Teddy," knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Victim 5, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 5, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 5 to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a)(1) and (2).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 8 above are re-alleged herein and incorporated as a part hereof for purposes of seeking forfeiture of property of defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," THEODORE WILFRED GYI, aka "Teddy," VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn Clark," to the United States pursuant to Title 18, United

```
 1  States Code, Section 1594(d) and (e), and Title 18, United States Code,
 2  Section 2253(a)(2) and (3).
 3       Upon conviction of the offenses in Counts 1, and 3 through 8, which
 4  involve violations of Title 18, United States Code, Sections 1591
 5  and 1594, defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC
 6  WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," THEODORE WILFRED
 7  GYI, aka "Teddy," VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn
 8  Clark," shall forfeit, pursuant to Title 18, United States Code,
 9  Section 1594(d) and (e), all right, title, and interest in (1) any
10  property, real or personal, constituting or derived from, any proceeds
11  obtained, directly or indirectly, as a result of the offense; and (2) any
12  property, real or personal, used or intended to be used to commit or to
13  facilitate the commission of the offense.  The property to be forfeited
14  includes, but is not limited to the following:
15       (a) the domain name of girlsdoporn.com; and
16       (b) the domain name of girlsdotoys.com; and
17       (c) the domain name of beginmodeling.com.
18       Upon conviction of the offense in Count 2, which involves a
19  violation of Title 18, United States Code, Section 2251(a) and 2251(e),
20  defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE,
21  aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," THEODORE WILFRED GYI,
22  aka "Teddy," VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn
23  Clark," shall forfeit, pursuant to Title 18, United States Code,
24  Section 2253(a)(2) and (3), all right, title, and interest in: (1) all
25  visual depictions described in Section 2251; (2) any property, real or
26  personal, constituting or traceable to gross profits or other proceeds
27  obtained from the offense; and (3) any property, real or personal, used
28
```

or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

If any of the property described above, as a result of any act or omission of defendants MICHAEL JAMES PRATT, aka "Mark," MATTHEW ISAAC WOLFE, aka "Ben," RUBEN ANDRE GARCIA, aka "Jonathan," THEODORE WILFRED GYI, aka "Teddy," VALORIE MOSER, and AMBERLYN DEE NORED, aka "Amberlyn Clark," cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property up to the value of the property described above, pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 2253(b). All violation of Title 18, United States Code, Section 1594(d) and (e), Title 18, United States Code, Section 2253(a)(2), (a)(3), and (b), and Title 28, United States Code, Section 2461(c).

DATED: November 6, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOSEPH S. GREEN
Assistant U.S. Attorney

By: _____
ALEXANDRA F. FOSTER
Assistant U.S. Attorney