PS 8B
(05/08)

November 26, 2019

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Amberlyn Dee Nored          **Dkt No.:** 3:19CR4488-JLS-06

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge (referred to the Honorable Andrew G. Schopler, U.S. Magistrate Judge)

**Date Conditions Were Ordered:** November 12, 2019, before the Honorable Andrew G. Schopler, U.S. Magistrate Judge

**Conditions of Release:** *Mandatory Conditions* - Not commit a federal, state, or local crime during the period of release, and cooperate in the collection of a DNA sample as authorized by 42 U.S.C. 14135a. *Standard Conditions* - appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under and circumstances; report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of the defendant's current residence address and phone number, when first reporting to Pretrial Services, and any new contact information, before making any change of residence or phone number; restrict travel to State of California; do not enter Mexico. *Additional Conditions*: actively seek or continue full-time employment, or schooling, or a combination of both; reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document, submit to psychological/psychiatric treatment at Pretrial Services' discretion; do not have a blood alcohol contact (BAC) of .08% or more, no contact with any alleged victim in this case.

**Modification:** None

**Date Released on Bond:** November 12, 2019

**Charged Offense:** 18 USC 1954 and 1591(a)(1) and (2) - Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion

**Next Court Hearing:** December 16, 2019 at 10:30 a.m., for Motion Hearing/Trial Setting

**Asst. U.S. Atty.:** Joseph Green                              **Defense Counsel**: Jason Conforti (Appointed)
              (619) 546-6955                                                              (619) 274-8036

PS 8B
(05/08)

**Name of Defendant:** Amberlyn Dee Nored November 26, 2019
**Docket No.**: 3:19CR4488-JLS-06 Page 2

**Prior Violation History:** None

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT SUBMIT TO FOUR DRUG TESTS WITHIN A THIRTY DAY PERIOD. DRUG TESTING TO BE DISCONTINUED IF THE FOURTH TEST SCREENS NEGATIVE; TESTING TO CONTINUE AT THE DISCRETION OF PRETRIAL SERVICES IF THE FOURTH TEST SCREENS POSITIVE AND CANNOT BE ATTRIBUTED TO RESIDUAL ELIMINATION.

### CAUSE

On November 15, 2019, the defendant reported to the Pretrial Services office for her post release intake interview. During the interview, the defendant advised she began using marijuana at age sixteen and had been using it daily prior to her arrest for the instant offense. She noted she will refrain drug use on bond and would prefer to not be subject to drug testing.

The undersigned contact Assistant United States Attorney Joseph Green and defense attorney Jason Conforti. Mr. Green and Mr. Conforti advised they have no objection to the proposed modification. The undersigned also spoke to surety, Dee Clark, who advised she is unopposed to the proposed modification.

Information regarding the defendant's substance abuse history was unknown at the time of her initial appearance before the Court. Pretrial Services respectfully recommends the conditions of release be modified to include the defendant submit to four drug tests within a thirty day period. Drug testing to be discontinued if the fourth test screens negative; testing to continue at the discretion of Pretrial Services if the fourth test screens positive and cannot be attributed to residual elimination.

PS 8B
(05/08)

**Name of Defendant:** Amberlyn Dee Nored  November 26, 2019
**Docket No.**: 3:19CR4488-JLS-06  Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** November 26, 2019

Respectfully submitted:   Reviewed and approved:

by _____Marisa Zvers_____   _____Jeff Larsen_____
Marisa Zvers   Jeff Larsen
United States Pretrial Services Officer   Supervising U.S. Pretrial Services Officer
(619) 446-3616
Place: San Diego, California

**THE COURT ORDERS:**

__X__  **AGREE**, MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE SHE SUBMIT TO FOUR DRUG TESTS WITHIN A THIRTY DAY PERIOD. DRUG TESTING TO BE DISCONTINUED IF THE FOURTH TEST SCREENS NEGATIVE; TESTING TO CONTINUE AT THE DISCRETION OF PRETRIAL SERVICES IF THE FOURTH TEST SCREENS POSITIVE AND CANNOT BE ATTRIBUTED TO RESIDUAL ELIMINATION.

_____  Other _____

_____[signature]_____   12/2/2019
The Honorable Andrew G. Schopler   Date
U.S. Magistrate Judge