# EXHIBIT 1

## TO

## BILL OF PARTICULARS FOR

## FORFEITURE OF PROPERTY

Item 3, Miscellaneous Electronic Equipment
Itemized List

U.S. v. MICHAEL JAMES PRATT, et al.

Case No. 19cr4488-JLS

| | Count | Item Description | Serial Number |
|---|---|---|---|
| 1 | 1 | Memorex DVD-R 4.7GB | |
| 2 | 1 | Black 32GB Samsung Tablet | RF2G800G9SR |
| 3 | 1 | Grey Porsche Design External Hard Drive | 14291207260436A |
| 4 | 1 | Grey Porsche Design External Hard Drive | 16461404021773QR |
| 5 | 1 | Blue 8GB SanDisk SD Card | Unknown |
| 6 | 1 | Black Google Phone with cityscape screen saver | Unknown |
| 7 | 1 | White Apple iPhone | G0NY9FSPKXKP |
| 8 | 1 | Coolpad Android phone, MetroPCS | Unknown |
| 9 | 1 | Black Apple iPhone | Unknown |
| 10 | 1 | Metallic Blue Samsung Phone, IMEI: 356273102020784 | Unknown |
| 11 | 1 | Black Apple iPhone | GHKWJ8D4JCLF |
| 12 | 1 | Red Mini-Mag 1TB external hard drive | Unknown |
| 13 | 1 | White Galaxy Express 3 Phone | Unknown |
| 14 | 1 | Purple LG phone | Unknown |
| 15 | 1 | Black Apple iPhone, FCC ID: BCG-E3087A1C 579C-E3087A | Unknown |
| 16 | 1 | Silver 128GB PNY Thumb Drive | Unknown |
| 17 | 1 | Blue 32GB SanDisk SD Card | Unknown |
| 18 | 1 | Silver Western Digital 500GB External Hard Drive | WMC2E2888920 |
| 19 | 1 | Silver Western Digital 500GB External Hard Drive | WMAYUA899319 |
| 20 | 1 | Silver Seagate 500GB External Hard Drive | Z6ELGGJ1 |
| 21 | 1 | Black Western Digital External Hard Drive | WX41AB8J3N34 |
| 22 | 1 | Silver Asus Vivo PC Computer with power cord | ECMSBX024336 |
| 23 | 1 | Blue HP Stream Mini Desktop | 3CR5130FLK |
| 24 | 1 | Black HP Pavilion Computer Tower | 4UT44308S1 |
| 25 | 1 | Black Samsung SM-N980U Galaxy Note 8 phone | R28JA37P7ST |
| 26 | 1 | Black Blackvue cloud FHD 60FPS camera with power cord | DR7SS1GAE02044 |
| 27 | 1 | Black Blackvue Full HD Camera | RC75S1GAE02044 |
| 28 | 1 | Black DVR 520 button camera VD-501 with accessories in a white box | Unknown |
| 29 | 1 | Black DVR 520 button camera BA 2200 | Unknown |
| 30 | 1 | SleuthGear Hidden Camera (BHS-SG7-100WF) with 32GB SanDisk Ultra Micro SD | 733BW17060049 |
| 31 | 1 | Video Monitoring Kit to include 1 spare battery A1028 and SD Card | Unknown |

| # | Qty | Description | Serial |
|---|---|---|---|
| 32 | 1 | Black Slimline Desktop Computer | 4CI53316XW |
| 33 | 1 | Black NetGear Router | 13AK08124645 |
| 34 | 1 | Black Freefly Camera Mount MoVI M10 | M10558410 |
| 35 | 1 | GoPro Hero 4 Camera | 6492984 |
| 36 | 1 | GoPro Hero 4 Camera | 6489518 |
| 37 | 1 | GoPro Hero 4 Camera | 6493200 |
| 38 | 1 | GoPro Hero 4 Camera | 6488887 |
| 39 | 1 | GoPro Hero 4 Camera | 6493740 |
| 40 | 1 | Six MicroSD cards, cables, and adaptors in black pelican case | |
| 41 | 1 | Black 128GB SanDisk MicroSD Card | |
| 42 | 1 | LP-1 X1 5600K-Flood Camera Lighting Equipment in Black Suitcase | 1030100727; 1030103533 |
| 43 | 1 | Silver T14SF controller | 150400796 |
| 44 | 1 | Box of 43 Blu-Ray Discs and 10 Data Cartridges | |
| 45 | 1 | Black RED Quad Charger | Unknown |
| 46 | 1 | Black Pelican 1640 case with Alta Firefly Drone and parts | 295767 |
| 47 | 1 | Black Pelican Case with 4 Compact Prime CP .2 Lenses (one Cannon 85mm) | Unknown |
| 48 | 1 | Black Pelican Case with Red Digital Epic-X camera | 102A5DFB |
| 49 | 1 | Zoom H4n Handy Recorder | 00464891 |
| 50 | 1 | Black Bag with Cartoni GM 4635 Camera Tripod | Unknown |
| 51 | 1 | Black 500GB Samsung EVO 850 SSD Hard Drive | |
| 52 | 1 | Black Bag with LP-1 X1 5600K-Flood Lighting Equipment (1 of 2) | 1030103643, 103110714 |
| 53 | 1 | Black Bag with LP-1 X1 5600K-Flood Lighting Equipment (2 of 2) | 1030110121, 726, 133 |
| 54 | 1 | Blue Hyperion Charger | Unknown |
| 55 | 1 | Black NetGear Modem | Unknown |
| 56 | 2 | Black Comcast Business Modems with Power Cords | Unknown |
| 57 | 1 | Box Containing Red Pro Camera Attachment with 2 stage Matte Box, SN: 7900142 | 7900142 |
| 58 | 1 | Silver Apple All-In-One Desktop Computer | C02F49QF8J4 |
| 59 | 1 | RED Quad Charger with Four (4) Batteries | Unknown |

2

| 60 | 1 | RED SSD Module in Box | Unknown |
| --- | --- | --- | --- |
| 61 | 9 | Black Drive Box Hard Drives in Black Cases | Unknown |
| 62 | 2 | Seagate Hard Drives in Plastic Cases | Unknown |
| 63 | 1 | Black Camera Bag with Miscellaneous Equipment (Cameras and Media Removed) | Unknown |
| 64 | 1 | Giotto Rocket Air Blaster, SN: 815606 | 815606 |
| 65 | 1 | Amphenol Camera Cable | Unknown |
| 66 | 1 | RED Digital Cinema Top Handle | Unknown |
| 67 | 1 | Miscellaneous Camera Mount | Unknown |
| 68 | 1 | Sony Microphone with Cable | Unknown |
| 69 | 1 | Canon Battery Wall Charger | DS510101 |
| 70 | 1 | Black Bag with Cartoni GM 4460 Camera Mounting Device | Unknown |
| 71 | 1 | Black Bag with Flow Cam DC Slider Float Camera Equipment | Unknown |
| 72 | 1 | Black Bag with Photoflex LS Backdrop Equipment | B2320Y |
| 73 | 1 | Black Bag with Gates Synchro-Power LL Camera Tracking Equipment | 121252DE |
| 74 | 1 | Black CyberPower PC Desktop Computer | AB2128-527044-5 |
| 75 | 1 | Black Bag with Avenger A0040B Backdrop Equipment | Unknown |
| 76 | 1 | Black Bag with Cartone Tripod | F0521029 |
| 77 | 1 | Silver Desktop Tower, Service Tag: JQDXQD2 | Unknown |
| 78 | 1 | Silver HP Desktop Tower | 4CI5340H27 |
| 79 | 1 | Black Pelican Case with Lighting Equipment, 1030110139, 1030110729, 1030110730 | Unknown |
| 80 | 1 | Black CyberPower PC Desktop Computer | 01144289809235 |
| 81 | 1 | Red Dragon 6K Camera | Unknown |
| 82 | 1 | Nestor Rack Connector | Unknown |
| 83 | 1 | Tripp Lite UPS Smart 1500L CDT | 2743BVLSM888900--5 |
| 84 | 1 | Tripp Lite UPS Smart 1500L CDT | 2826BVLSM888900790 |
| 85 | 1 | Tripp Lite UPS Smart 1500L CDT | Unknown |
| 86 | 1 | Tripp Lite UPS Smart 1500L CDT | 2826BVLSM888900783 |
| 87 | 1 | Red Hard Drive Reader | Unknown |
| 88 | 1 | Black Hewlett-Packard Tower, Model: D7-1254 | 4CE20801MD |
| 89 | 1 | Black Dell Tower, Model: D16M | 6ZGN322 |
| 90 | 1 | Black Dell Tower, Model D16M, Service Tag: 6V10X12 | Unknown |

3

| | | | |
|---|---|---|---|
| 91 | 1 | Hewlett-Packard Z800 Desktop Computer | 2UA9380WZ3 |
| 92 | 1 | Black Startech Hard Drive Dock | Unknown |
| 93 | 1 | 8TB Black Hard Drive | Unknown |
| 94 | 1 | 10TB Black Hard Drive | Unknown |
| 95 | 1 | 32GB Blue SanDisk SD Card | Unknown |
| 96 | 1 | Black Generic Desktop Computer | Unknown |
| 97 | 1 | Black Bag with Astra 1324VDC Lighting Equipment | Unknown |
| 98 | 1 | Black RED Battery Plus Charger with Power Cord | 7096-4 |
| 99 | 1 | Black Card Case | Unknown |
| 100 | 1 | 32GB SanDisk SD Card | Unknown |
| 101 | 1 | 128GB SanDisk SD Card | Unknown |
| 102 | 1 | 8GB SanDisk MicroSD Card | Unknown |
| 103 | 1 | Black Dell Computer Monitor | Unknown |
| 104 | 1 | Black Dell Computer Monitor | Unknown |
| 105 | 1 | Ezkeyboard | Unknown |
| 106 | 1 | Black Hewlett-Packard 2800 Computer Tower | 2UA12005ZP |
| 107 | 1 | Black Startech Hard Drive Duplicator | Unknown |
| 108 | 1 | Hard Drive | Unknown |
| 109 | 1 | Hard Drive | Unknown |
| 110 | 1 | Black Pelican Case with MOVI Drone Controller and Tvlogic screen | VFM-058W |
| 111 | 1 | Black Asus Computer Tower | GS1000SB0C410149 |
| 112 | 1 | Black Desktop Computer Tower | Unknown |
| 113 | 1 | Silver Dell Desktop Computer Tower | Unknown |
| 114 | 1 | Black Inspiron Desktop Computer Tower | Unknown |
| 115 | 1 | 2TB Silver Toshiba External Hard Drive | 56V1PXAAS |
| 116 | 1 | 32GB Silver USB Storage | Unknown |
| 117 | 1 | Silver GoPro Hero4 Camera | Unknown |
| 118 | 1 | Black plastic SD Card Case | Unknown |
| 119 | 1 | 32GB SanDisk MicroSD Card | Unknown |
| 120 | 1 | 4GB PNY SD Card | Unknown |
| 121 | 1 | 128MB PQI SD Card | Unknown |
| 122 | 1 | 32GB SanDisk SD Card | Unknown |

4

| | | | |
|---|---|---|---|
| 123 | 1 | DVD Labeled "Rane Revere" | |
| 124 | 1 | 1TB RED Mini-Mags in Plastic Case | Unknown |
| 125 | 1 | 1TB RED Mini-Mags in Plastic Case | Unknown |
| 126 | 2 | 16GB SanDisks USB Drives on Keychain | Unknown |
| 127 | 2 | Silver Memorex Discs with Handwritten Labels | |
| 128 | 3 | Black CRU DriveBox Hard Drive | Unknown |
| 129 | 1 | Black Ibuypower Computer Tower | Unknown |
| 130 | 1 | Alarm System | Unknown |
| 131 | 1 | RED Hard Drive | Unknown |
| 132 | 1 | 128GB Black and Blue Patriot Memory Thumb Drive | Unknown |
| 133 | 1 | Video Surveillance Equipment | Unknown |
| 134 | 1 | Swann DVR | 2617611121959 |
| 135 | 1 | Lorex Wireless Camera | CC09121103100 |
| 136 | 1 | Lorex Wireless Camera | CC08120846650 |
| 137 | 1 | Lorex Wireless Camera | CC09121103089 |
| 138 | 1 | Black and Silver Hewlett-Packard Elitebook Laptop with Power Cord | 2CE0091RR6 |
| 139 | 1 | Plastic Gray Bin with Discs | |
| 140 | 1 | Canon Eos 5DS Camera | 022021001985 |
| 141 | 1 | Canon Vixia HF R700 Camera | 152264000756 |
| 142 | 1 | GoPro Hero6 Camera | Unknown |
| 143 | 1 | Canon CALUMET 77mm UV lens | Unknown |
| 144 | 1 | Canon Speedlite 600EX-RT Flash | 1003112961 |
| 145 | 1 | 128GB memory Card | Unknown |
| 146 | 1 | Black Canon EOS 60D Camera Body | 0670421968 |
| 147 | 1 | Black Canon EOS Camera | 062021001513 |
| 148 | 8 | Black QuadroPower Batteries | Unknown |
| 149 | 30 | Hewlett-Packard Data Cartridges | |
| 150 | 1 | Box of Compact Discs Inside Plastic Sleeves | |
| 151 | 1 | Black Google phone with mountains and lake screen saver | Unknown |
| 152 | 1 | Black Apple iPhone 4S, Model A1387 | Unknown |
| 153 | 1 | Apple iPad | Unknown |
| 154 | 1 | Apple MacBook Pro Laptop | Unknown |

5

| 155 | 1 | Black ledger thumb drive, Nano S | Unknown |
| 156 | 1 | Ledger Nano X Thumb Drive Inside Box | Unknown |
| 157 | 1 | GoPro Hero7 Camera | Unknown |
| 158 | 1 | Sony ILCE 7M3 Digital Camera | Unknown |
| 159 | 1 | Black Camera Bag with Rode Microphone and Various Cables | |