Law Office of Jason T. Conforti
Jason T. Conforti, Esq.
CA Bar No. 265627
550 West C St., Suite 620
San Diego, CA 92101
Tel  (619) 274-8036
Fax (619) 231-2002
jtc@jasonconforti.com

Attorney for Amberlyn Dee Nored,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-cr-4488-JLS |
| Plaintiff, | |
| | Joint Motion to Modify Conditions of Pre-Trial Release |
| v. | |
| AMBERLYN DEE NORED, | |
| Defendant. | |

The defendant, Amberlyn Dee Nored, by her counsel, Jason T. Conforti, and the plaintiff, United States of America, by its counsel, Josh Green, Assistant United States Attorney, hereby jointly move this Court to modify the conditions of Pretrial Release as follows:

1) Condition 9 be modified to allow approved instances of travel to Mexico, at the discretion of Pretrial Services.

2) Pretrial Services is authorized to return defendant's passport prior to travel and defendant is to surrender it to Pretrial Services within 24 hours of her return.

This modification will allow Ms. Nored to travel to Tulum, Mexico for vacation. Ms. Nored will not enter Mexico without the approval of her Pretrial Services Officer; she will provide her itinerary to Pretrial Services prior to departure, and will report to Pretrial Services immediately upon her return.

All other conditions to remain as set.

Said motion shall be based on the instant motion, the declaration of Jason T. Conforti, and the files and records in this case.

Respectfully Submitted,

Executed on: September 18, 2020     By:     /s/ *Jason T. Conforti*
                                            Attorney for Amberlyn Dee Nored

Executed on: September 18, 2020     By:     /s/ *Josh Green*
                                            Assistant United States Attorney

Executed on: September 18, 2020     By:     /s/ *Marisa Zvers*
                                            U.S. Pretrial Services Officer