Law Office of Jason T. Conforti
Jason T. Conforti, Esq.
CA Bar No. 265627
550 West C St., Suite 620
San Diego, CA 92101
Tel  (619) 274-8036
Fax (619) 231-2002
jtc@jasonconforti.com

Attorney for Amberlyn Dee Nored,

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBERLYN DEE NORED,<br><br>Defendant. | Case No. 19-cr-4488-JLS<br><br>Declaration of Jason T. Conforti in Support of Joint Motion to Modify Conditions of Pretrial Release |

I, the undersigned, declare as follows:

1. My name is Jason T. Conforti, and I am the attorney of record for Amberlyn Dee Nored, the Defendant in the above-captioned matter. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before the United States District Court for the Southern District of California.

2. Ms. Nored has been released on bond and is currently residing within San Diego County.

1

3. Ms. Nored notified my office that she would like permission to travel to Mexico, at the discretion of Pretrial Services. Ms. Nored would like to travel to Mexico for vacation on October 8, 2020 and return on October 12, 2020.

4. On or about September 17, 2020, I communicated with Ms. Nored's Pretrial Services Officer, Marisa Zvers, and discussed Ms. Nored's request to travel to Mexico. Ms. Zvers stated that she had no objection to the requested modification and would approve the travel if given the discretion.

5. On or about September 18, 2020, I communicated with Assistant United States Attorney, Josh Green, who indicated that he was not opposed to the modification and would join in the motion to modify the conditions of pretrial release.

6. Ms. Nored's surety has no objection to the proposed modification and would remain as the surety for Ms. Nored.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Diego, California on September 18, 2020.

Respectfully Submitted,

Executed on: September 18, 2020    By:    /s/ *Jason T. Conforti*
                                          Attorney for Amberlyn Dee Nored