# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

Amberlyn Dee Nored (6),
aka Amberlyn Clark

                                    Defendant.

Case No. 19CR4488-JLS

JUDGMENT OF DISMISSAL

**FILED**

NOV 16 2021

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ GV ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

of the offense(s) as charged in the Indictment:

☒ Ct 1 - 18:1591(a),1594(c); 18:1594(d),(e),2253(a)(2),(a)(3),(b),28:2461(c) - Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion; Criminal Forfeiture

Dated:   11/12/2021

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge